## Arthur HERBERT, Sidney Rosenstein, Harry Frankel, and Max Keslin, Appellants, v. UNITED STATES of America, Appellee.

### No. 139.

Circuit Court of Appeals, Second Circuit.
Nov. 5, 1934.

Morgan & Lockwood, of New York City (Charles Dickerman Williams and Sidney J. Kaplan, both of New York City, of counsel), for appellants.

Harold M. Stephens, Asst. Atty. Gen., and Walter L. Rice and Carl McFarland, Sp. Assts. to the Atty. Gen., for the United States.

Before L. HAND, SWAN, and AUGUS-TUS N. HAND, Circuit Judges.

PER CURIAM.
Judgment affirmed.